```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
─────────────────────────────────────────

**NATIONAL SPORTING GOODS CORP.,**

                         **Plaintiff,**               **19-cv-5533 (JGK)**

      - against -                             <u>**ORDER**</u>

**ETG CAPITAL LLC et al.,**
.

                        **Defendants.**

─────────────────────────────────────────

**JOHN G. KOELTL, District Judge:**

    By April 24, 2020, the parties shall advise the Court of the citizenship of each of the participants in defendant ETG Capital LLC because the citizenship of an LLC is determined by the citizenship of each constituent. <u>See</u> <u>ICON MW, LLC v. Hofmeister</u>, 950 F. Supp. 2d 544, 546 (S.D.N.Y. 2013). Similarly, the parties should advise the Court of the nature of defendant Trade Risk Strategies and its citizenship and, as appropriate, the citizenship of all constituent members. The Complaint fails to allege complete diversity of citizenship because it fails to allege properly the citizenship of each of the defendants. The conference scheduled for April 27, 2020 is adjourned <u>sine die</u>.

**SO ORDERED.**

**Dated:**    **New York, New York**
            **April 21, 2020**                    /s/ John G. Koeltl
                                                     **John G. Koeltl**
                                       **United States District Judge**