UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────────────

NATIONAL SPORTING GOODS CORP.,

                    Plaintiff,        19cv5533 (JGK)

     - against -           ORDER

ETG CAPITAL LLC et al.,

                    Defendants.
────────────────────────────────────

JOHN G. KOELTL, District Judge:

    All parties shall submit affidavits by May 8, 2020 attesting to the citizenship of all parties. Note that the citizenship of an LLC is determined by the citizenship of each member. Note that the citizenship of a corporation is the state of incorporation and the principal place of business. Note that the citizenship of an individual is not necessarily the same as the state of residence, but rather is the individual's state of citizenship.

SO ORDERED.
Dated:   New York, New York
       May 1, 2020     __    /s/ John G. Koeltl    __
                              John G. Koeltl
                    United States District Judge