```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
```
------------------------------------------------

NATIONAL SPORTING GOODS CORP.,

                Plaintiff,           19cv5533 (JGK)

      - against -              <u>ORDER</u>

ETG CAPITAL LLC. et al.,

                Defendants.

------------------------------------------------

JOHN G. KOELTL, District Judge:

    The parties should submit a Rule 26(f) report by May 21, 2020.

**SO ORDERED.**

Dated:    New York, New York
           May 11, 2020           /s/ John G. Koeltl
                                         John G. Koeltl
                            United States District Judge