UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NATIONAL SPORTING GOODS, CORP.,

                              Plaintiff,                      19-CV-5533 (JGK)(SN)

          -against-                                **ORDER**

ETG CAPITAL LLC, et al.,

                              Defendants.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

        On February 1, 2021, the Honorable John G. Koeltl referred this case to my docket for general pretrial supervision. In light of the discovery disputes raised in Plaintiff's January 29, 2021 letter, a discovery conference will be held on Wednesday, February 10, 2021, at 2:00 p.m. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      February 3, 2021
                New York, New York