```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 02/02/2021
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

NATIONAL SPORTING GOODS, CORP.,

                    **Plaintiff,**              19-CV-5533 (JGK)(SN)

      -against-                       **ORDER**

ETG CAPITAL LLC, et al.,

                    **Defendants.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A conference to discuss the issues raised in Plaintiff's April 26, 2021 letter is scheduled for Friday, April 30, 2021, at 3:00 p.m. At that time, the parties shall call the Court's dedicated teleconference line at (877) 402-9757, and enter Access Code 7938632, followed by the pound (#) key. Defendants should file their response to Plaintiff's letter no later than April 29, 2021.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:    April 27, 2021
                New York, New York